IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD BELL, #218 881, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-553-WKW |
| | ) | [WO] |
| DR. TOCCI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 4) is ADOPTED and that this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

Final judgment will be entered separately.

DONE this 24th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE